

07000/57573-RDT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE GRIFFIN HAMILTON, Individually and as parent and next friend of MARGARET GRIFFIN, a minor, and JEREMIAH HAMILTON, a minor,<br><br>    Plaintiff,<br><br>vs.<br><br>RICKEY D. FOSTER and JEREMY WALKER D/B/A WALKER TRUCKING,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  NO.1-04-1201-T-An<br>)<br>)<br>)<br>)<br>) |

## ~~PROPOSED~~ ORDER GRANTING DEFENDANT JEREMY WALKER D/B/A WALKER TRUCKING'S MOTION TO COMPEL DISCOVERY

This matter came before the Court pursuant to the Defendant's Motion to Compel Discovery. It appearing from the record that the Defendant served Defendant's First Set of Interrogatories and Request for Production of Documents to Plaintiff Charlotte Griffin Hamilton, Individually, Defendant's First Set of Interrogatories and Request for Production of Documents to Charlotte Griffin Hamilton, as Parent and Next Friend of Margaret Griffin, and Defendant's First Set of Interrogatories and Request for Production of Documents to Charlotte Griffin Hamilton, as Parent and Next Friend of Jeremiah Hamilton on April 11, 2005, and that the Plaintiff has not provided her signed and sworn to answers/responses to said written discovery and that Plaintiff has not provided the signed Authorizations for the Use and Disclosure of Protected Health Information, this Court finds that the Defendant's Motion is well taken,

**This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on  8/9/05**

07000/57573-RDT

IT IS, THEREFORE, ORDERED that the Plaintiff shall serve upon the Defendant her signed and sworn to answers/responses to the Defendant's First Set of Interrogatories and Request for Production of Documents to Plaintiff Charlotte Griffin Hamilton, Individually, Defendant's First Set of Interrogatories and Request for Production of Documents to Charlotte Griffin Hamilton, as Parent and Next Friend of Margaret Griffin, and Defendant's First Set of Interrogatories and Request for Production of Documents to Charlotte Griffin Hamilton, as Parent and Next Friend of Jeremiah Hamilton along with the signed Authorizations for the Use and Disclosure of Protected Health Information no later than ten (10) days from the entry of this Order.

ENTERED this 8th day of August, 2005.

S. Thomas Anderson USMJ
JUDGE ~~JAMES D. TODD~~

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon William D. Holman, 4227 Pleasant Hill Road, Building 11, Suite 300, Duluth, GA 30096 by mailing postage prepaid.

This the 13th day of July, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:04-CV-01201 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Daniel E. King
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

William D. Holman
LAW OFFICE OF WILLIAM D. HOLMAN
1355 Peachtree Street
Suite 1000
Atlanta, GA 30309

Honorable James Todd
US DISTRICT COURT