#1-57573\RDT

FILED BY _ea_ D.C.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

05 OCT -4 PM 1:43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

CHARLOTTE GRIFFIN HAMILTON, )
Individually and as parent and next )
friend of MARGARET GRIFFIN, a )
minor, and JEREMIAH HAMILTON, )
a minor, )
)
    Plaintiff, )
)
vs. )   NO.1-04-1201-T-An
)
RICKEY D. FOSTER and JEREMY )
WALKER D/B/A WALKER TRUCKING, )
)
    Defendants. )

### ~~PROPOSED~~ ORDER GRANTING MOTION TO AMEND
### RULE 16(b) SCHEDULING ORDER

This matter came before the Court pursuant to Defendants' Motion to Amend Rule 16(b) Scheduling Order.

It appearing from the record that Defendants have shown good cause for amending the Rule 16(b) Scheduling Order and that Plaintiff does not oppose the amendment sought by Defendants' Motion, this Court finds that Defendants' Motion is well taken.

IT IS, THEREFORE, ORDERED that Defendants' Motion to Amend Rule 16(b) Scheduling Order is GRANTED and that the Rule 16(b) Scheduling Order is amended as follows.

   (b)   **EXPERT DISCLOSURE (Rule 26(a)(2)):**

       (ii)   Defendants' Experts:   November 18, 2005
       (iii)  Supplementation under Rule 26(e):   December 5, 2005

   (c)   **DEPOSITION OF EXPERTS:**   December 23, 2005.

ENTERED this __03rd__ day of __October__, 2005.

_S. Thomas Anderson_
JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __10/5/05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:04-CV-01201 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

William D. Holman
LAW OFFICE OF WILLIAM D. HOLMAN
1355 Peachtree Street
Suite 1000
Atlanta, GA 30309

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Daniel E. King
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT