#1-57573\RDT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE GRIFFIN HAMILTON, Individually and as parent and next friend of MARGARET GRIFFIN, a minor, and JEREMIAH HAMILTON, a minor, <br><br> Plaintiff, <br><br> vs. <br><br> RICKEY D. FOSTER and JEREMY WALKER D/B/A WALKER TRUCKING, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) NO.1-04-1201-T-An ) ) ) ) ) ) |

## ORDER GRANTING JOINT MOTION TO AMEND RULE 16(b) SCHEDULING ORDER

This matter came before the Court pursuant to the parties' Joint Motion to Amend Rule 16(b) Scheduling Order.

It appearing from the record that the parties have shown good cause for amending the Rule 16(b) Scheduling Order, this Court finds that the parties' Joint Motion is well taken.

IT IS, THEREFORE, ORDERED that the parties' Joint Motion to Amend Rule 16(b) Scheduling Order is GRANTED and that the Rule 16(b) Scheduling Order is amended as follows.

**COMPLETING ALL DISCOVERY:** February 28, 2006

    (c)    **DEPOSITION OF EXPERTS:**    February 28, 2006

**FILING DISPOSITIVE MOTIONS:** March 6, 2006

ENTERED this the _02_ day of _December_, 2005.

_S. Thomas Anderson  USMJ_
JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on _12/8/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:04-CV-01201 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Daniel E. King
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

William D. Holman
LAW OFFICE OF WILLIAM D. HOLMAN
1355 Peachtree Street
Suite 1000
Atlanta, GA 30309

Honorable James Todd
US DISTRICT COURT